IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON ALLEN WHELCHEL                                                                                PLAINTIFF
#265137

v.                                    Case No. 3:20-cv-00277 KGB-PSH

KEITH BOWERS                                                                                         DEFENDANT

## ORDER

    The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 6). Plaintiff Jason Allen Whelchel has not objected to the Proposed Findings and Recommendation, and the time for doing so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). Mr. Whelchel's complaint is dismissed without prejudice (Dkt. No. 2).

    So ordered this 13th day of January, 2023.

Kristine G. Baker
United States District Judge