# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JASON ALLEN WHELCHEL**                                                                                **PLAINTIFF**
**#265137**

v.                              Case No. 3:20-cv-00277 KGB-PSH

**KEITH BOWERS**                                                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jason Allen Whelchel's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 13th of January, 2023.

_____
Kristine G. Baker
United States District Judge